FILED31 AUG '26 11:13USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Marion DIVISION

Lilia V. Mikhailichenko
*(Enter full name of plaintiff)*

Plaintiff,

v.

Oregon State Hospital
2600 Center St NE
Salem, OR 97301
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:26-cv-01821-AR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐Yes ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Lilia V. Mikhailichenko
Street Address: 4789 Dorrance Loop NE
City, State & Zip Code: Salem, OR 97305
Telephone No.: 971-724-5506

**Defendant No. 1**
Name: ______
Street Address: ______
City, State & Zip Code: ______
Telephone No.: ______

**Defendant No. 2**
Name: ______
Street Address: ______
City, State & Zip Code: ______
Telephone No.: ______

**Defendant No. 3**
Name: ______
Street Address: ______
City, State & Zip Code: ______
Telephone No.: ______

**Defendant No. 4**
Name: ______
Street Address: ______
City, State & Zip Code: ______
Telephone No.: ______

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Patient safety while in custody of DOC and OSH

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

After filing a grievences regarding my safety and concern of other people due to multiple attacks (physical) and aggravating patient staff failed to remove the dangerous person (Cassie) after she had laid hands on people. I am asking to press charges against the above named individual for putting my safety at risk while at OSH. Her attack was NOT related to her mental health

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I was moved from a single room into a room with Kaleah. She would always

make comments about my body and that I "had a nice ass" and I want to "touch" your titties. She crossed the line when she put her hands on my behind twice and after informing staff of this inappropriate behavior they did little to keep her away from my person which gave her another opportunity to put her hands on my person

**Claim III**

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

At my prior stay around 2024 I was physically assaulted (broken nose) after another "male" inmate on a co-ed unit on Archway one at Oregon State Hospital in Salem, OR. I received no medical care to have my nose repaired and there is an x-ray on file indicating a fracture. I was not asked whether I wanted to press charges and no deputies filed up with my cases

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like to have a speedy trial and be on protective custody due to safety concerns and continued attacks on my person. I am not seeking compensation for anything except my nose corrective surgery and $5,000 in damages and pain and suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of August, 2026.

[signature]
(Signature of Plaintiff)